**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 07 2006 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission, ) | |
| Plaintiff, ) | CV 04 3081 |
| v. ) | Honorable Judge Platt |
| TradeWins Publishing, Corp. et al. ) | Magistrate Judge Lindsay |
| Defendants. ) | |

## AGREED MOTION TO APPROVE CONSENT ORDER

Plaintiff, Commodity Futures Trading Commission ("Commission" or "CFTC") and Defendants TradeWins Publishing Corp. and Stephen A. Schmidt ("Schmidt"), through their respective counsel, jointly move this Honorable Court to approve the attached Consent order of Permanent Injunction and a Civil Monetary Penalty. The parties have amicably resolved this matter and have signed the attached proposed Order.

Agreed:
Dated: September 6, 2006


/s/
Ava M. Gould
Attorney for Plaintiff CFTC


/s/
Bruce S. Meyer and Sharon E. Selby
Weil, Gotshal & Manges LLP
Attorney for Defendants
TradeWins Publishing Corp. and Stephen A. Schmidt

## Certificate of Service

The undersigned certifies that on this 6th Day of September 2006, she caused the Agreed Motion to Approve Consent Judgment and the Consent Order of Permanent Injunction and A Civil Monetary Penalty to be electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

>Bruce Meyer, Esq.
>Sharon E. Selby, Esq.
>Robert Sugarman, Esq.
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, New York 10153

Plaintiff Commodity Futures Trading Commission, by the undersigned, certifies that on this 6th day of September, 2006, she caused the foregoing. to be filed and served this same day by U.S. mail on :

>Dr. Anand Inamdar
>SKIR
>1175 W. Pecos Road #2105
>Chandler, AZ 85224

Date: September 6, 2006

Respectfully submitted,

/s/
Ava M. Gould
Senior Trial Attorney
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0535 (Gould)
(312) 596-0714 (facsimile)

LOCAL COUNSEL:

Joseph Rosenberg (JR 5255)
Stephen R. Morris (SM 9515)
Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005
646 746-9765 (Rosenberg)
646 746-9763 (Morris)
646 746-9940 (facsimile)